■ In the Matter of AMY R. CANOUGH, Respondent, v TODD R. TRAINHAM, Appellant. [40 NYS3d 316]—Appeal from an order of the Family Court, Oswego County (Kimberly M. Seager, J.), entered May 8, 2015 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of respondent to an order of a Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Social Servs. v Rita M.S.*, 94 AD3d 1509, 1510 [2012]; *see also Matter of Ball v Marshall*, 103 AD3d 1270, 1271 [2013]). Present—Carni, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

■ In the Matter of KWOK SZE, Petitioner, v LINDA GOPPERT, as Captain, Mid-State Correctional Facility, Respondent. [40 NYS3d 318]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [Bernadette T. Clark, J.], entered November 25, 2015) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Whalen, P.J., Smith, DeJoseph, NeMoyer and Troutman, JJ.

■ In the Matter of ALLITHEA E. KILLEEN, a Suspended Attorney, Resignor. [40 NYS3d 319]—Order entered accepting resignation of Allithea E. Killeen and striking her name from the roll of attorneys, pursuant to rule 1240.10 (c) of the Rules for Attorney Disciplinary Matters (22 NYCRR). Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Oct. 25; 2016.)

■ In the Matter of RANDOLPH PHILIP ZICKL, a Resigned Attorney. [40 NYS3d 319]—Order entered vacating, nunc pro tunc from June 22, 2016, an order of this Court, entered June 22, 2016, which accepted the resignation for non-disciplinary reasons of Randolph Philip Zickl, and striking from the roll of attorneys the name of Randolph Philip Zickl, pursuant to Judiciary Law § 90 (4) (b), upon his conviction, on June 24, 2016, of grand larceny in the second degree in violation of Penal Law § 155.40 (1). Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Oct. 26, 2016.)